JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAINA MANIKA MBALA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

CASE NO. 5:26-cv-02606-SK

**JUDGMENT**

In accordance with the Order Denying Habeas Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

The clerk of the court is directed to close the case.

DATED: June 9, 2026

_____

STEVE KIM
United States Magistrate Judge